1
2
3                                                        JS-6
4
5
6
7                    **UNITED STATES DISTRICT COURT**
                     **CENTRAL DISTRICT OF CALIFORNIA**
8
9   ERNIE U.,                          | Case No. 2:20-CV-08022 (VEB)

10                 Plaintiff,          | JUDGMENT

11  vs.

12  KILOLO KIJAKAZI, Acting Commissioner of
    Social Security,

13                 Defendant.

14          For the reasons set forth in the accompanying Decision and Order, it is hereby DECREED

15  THAT (1) Plaintiff's request for an order remanding this case for further proceedings is GRANTED

16  and the Commissioner's decision is REVERSED; (2) the Commissioner's request for an order

17  affirming the Commissioner's final decision and dismissing the action is DENIED; (3) judgment is

18  entered in Plaintiff's favor and this matter is REMANDED for further proceedings consistent with

19

20
                                        1
                     JUDGMENT – ERNIE U. v KIJAKAZI 20-CV-8022-VEB

the Decision and Order; and (4) this case is CLOSED without prejudice to a timely application for attorneys' fees and costs.

DATED this 20th day of October, 2021,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

2

JUDGMENT – ERNIE U. v KIJAKAZI 20-CV-8022-VEB