UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE U.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:20-cv-08022-VEB<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,500.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: October 27, 2021　　　　　　/s/Victor E. Bianchini
　　　　　　　　　　　　　　　　　VICTOR E. BIANCHINI
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE